Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Somerpointe Realty, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| PAULA GRAFF-COOPER, an individual, | Case No. 2:16-CV-01127-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CLAIMS WITH PREJUDICE** |
| v. | |
| SOMERPOINTE REALTY, LLC, a Nevada limited-liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendant. | |

Defendant, SOMERPOINTE REALTY, LLC, and Plaintiff PAULA GRAFF- COOPER, by and through their respective counsel of record, hereby stipulate and agree to and jointly move this Honorable Court to dismiss this matter, in its entirety, with prejudice. All parties to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1    **IT IS SO STIPULATED.**

2    DATED this 15th day of November, 2016.       DATED this 15th day of November, 2016.

3    MAIER GUTIERREZ AYON                   WOOD, SMITH, HENNING & BERMAN LLP

4      */s/ Joseph A. Gutierrez*                  */s/ Christina M. Mamer*

5    Joseph A. Gutierrez, Esq.                 Janice M. Michaels, Esq.
     Nevada Bar No. 9046                      Nevada Bar No. 6062
6    Luis A. Ayon, Esq.                       jmichaels@wshblaw.com
     Nevada Bar No. 9752                      Christina M. Mamer
7    Maier Gutierrez Ayon                     Nevada Bar No. 13181
     8816 Spanish Ridge Avenue                cmamer@wshblaw.com
8    Las Vegas, NV  89148                     7674 West Lake Mead Boulevard, Suite 150
                                              Las Vegas, Nevada 89128-6644
9
     **Attorneys for Plaintiff**
10                                            **Attorneys for Somerpointe Realty dba**
                                              **Somerpointe Resorts**
11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

*(left margin, vertical)* WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 • FAX 702 251 5405

## ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this <u>29th</u> day of November, 2016.

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

DATED this 15th day of November, 2016.

WOOD, SMITH, HENNING & BERMAN LLP

*/s/ Christina M. Mamer*
_____

Janice M. Michaels, Esq.
Nevada Bar No. 6062
jmichaels@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644

***Attorneys for Somerpointe Realty dba Somerpointe Resorts***

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**STIPULATION AND ORDER TO DISMISS CLAIMS WITH PREJUDICE**